UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBISON, et al. ) | CIVIL ACTION NO. |
| ) | 3:11 CV 00740 (CSH) |
| v. ) | |
| ) | |
| KLEEN ENERGY SYSTEMS, LLC, et al. ) | September 18, 2012 |

## PLAINTIFFS' MOTION TO DISMISS UNDER RULE 41

Plaintiffs hereby move to dismiss this case, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2), a settlement of all claims having been reached with the assistance of Connecticut Superior Court Judge Robert Holzberg. All parties concur that this motion should be granted.

THE PLAINTIFFS

By /s/ William M. Bloss
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
TEL: 203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that on September 18, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

Christopher J. Sochacki, Esq.
Peter J. Ponziani, Esq.
Charles E. Vermette, Jr., Esq.
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT 06001

Thomas P. Lambert, Esq.
Joshua M. Auxier, Esq.
Halloran & Sage, LLP
325 Post Road West
Westport, CT 06880

Paul E. Pollock, Esq.
Thomas McKeon, Esq.
Bai Pollock Blueweiss & Mulcahey P.C.
Two Corporate Drive
Shelton, CT 06484

Richard C. Robinson, Esq.
Lee D. Hoffman, Esq.
Pullman &Comley, LLC
90 State House Square
Hartford, CT 06103

2

John W. Bradley, Esq.
Joseph B. Burns, Esq.
Zisca St. Clair, Esq.
Robbie T. Gerrick
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103

Attorney Jessica D. Meerbergen
Cooney Scully and Dowling
Ten Columbus Boulevard
Hartford, CT 06106

Frank A. Sherer III, Esq.
David E. Rosengren, Esq.
McElroy Deutsch Mulvaney& Carpenter/PH LLP
One State Street, 14th Floor
Hartford, CT -06103

James K. Robertson, Jr., Esq.
Attorney Maureen Danehy Cox
Richard L. Street, Esq.
Carmody& Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721

Anthony J. Natale, Esq.
Natale & Wolinetz
750 Main Street, Suite 600
Hartford, CT 06103

/s/ William M. Bloss
WILLIAM M. BLOSS